UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * * * *

| | |
|---|---|
| COLIN ROSS,<br><br>       Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY,<br>a Corporation,<br><br>       Defendant. | 03:03-CV-0622-LRH (VPC)<br><br><u>ORDER</u> |

   The Court recently granted Defendant Union Pacific Railroad Company's motion to extend discovery on a limited basis. The Court's order was silent on whether Plaintiff Colin Ross would be allowed to depose Defendant's experts to determine the conclusions they reach based on the new discovery. The Court therefore modifies its previous order to allow Plaintiff to conduct appropriate discovery by way of deposition of Defendant's experts in relation to the limited grant of extended discovery. Plaintiff may schedule the depositions for within ten (10) days following the pending evaluations and upon at least five (5) days notice to Defendant, but shall not be confined by the 30 day requirement of the previous order.

   IT IS SO ORDERED.

   DATED this 7th day of December, 2005.

_____
LARRY R. HICKS
United States District Judge